Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
ANGrave@hollandhart.com

ATTORNEYS FOR DEFENDANT
CONTANGO RESOURCES, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RICHARD T. SONBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTANGO RESOURCES, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:25-cv-00075<br>(State Court Docket No. 2025-CV-0044036) |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and U.S.D.C.L.R. 81.1, Defendant Contango Resources, LLC ("Contango"), by and through its undersigned counsel, hereby gives Notice of Removal of the above-captioned case to the United States District for the District Court of Wyoming and states the following in support thereof.

1.　　One or about February 11, 2025, an action was commenced in the Ninth Judicial District, Fremont County, Wyoming, entitled *Richard T. Sonberg v. Contango Resources, LLC*, Civil Action No. 2025-CV-0044036. A true and correct copy of the Complaint and Summons are attached hereto as **Exhibit 1**.

2.　　Defendant Contango received a copy of the initial pleading on February 25, 2025. Therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). No hearings are

currently scheduled or pending in the State District Court.

3. 28 U.S.C. § 1441(a) provides that a civil action in a state court may be removed to the district courts of the United States when the district courts have original jurisdiction over the action.

4. A district court has original jurisdiction under 28 U.S.C. § 1332 "of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . [c]itizens of different States."

5. Plaintiff, Richard T. Sonberg is now, and was at the time of the filing of the Complaint, a citizen and resident of South Carolina. *See* Ex. A, Complaint at ¶ 1.1(i).

6. The citizenship of an LLC is determined by the citizenship of its members. *See Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015).

7. Contango Resources, LLC is a limited liability company organized and existing under the laws of the State of Delaware. Contango Resources, LLC's sole member is IE L Merger Sub LLC, which is a Delaware limited liability company.

8. IE L Merger Sub LLC's sole member is Crescent Energy Finance LLC, which is a Delaware limited liability company.

9. Crescent Energy Finance LLC's sole member is Crescent Energy OpCo LLC, which is a Delaware limited liability company.

10. Crescent Energy OpCo LLC's members are Independence Energy Aggregator L.P., which is a Delaware limited partnership, PT Independence Energy Holdings LLC, which is a Delaware limited liability company, and Crescent Energy Company, which is a Delaware corporation with its principal place of business in Houston, Texas, and which is publicly traded on the New York Stock Exchange. Each of Independence Energy Aggregator L.P., PT

Independence Energy Holdings LLC, and Crescent Energy Company indirectly owns a greater-than-10% interest in Contango Resources, LLC.

11. Independence Energy Aggregator L.P.'s general partner is Independence Energy Aggregator GP LLC, a Delaware limited liability company. Independence Energy Aggregator GP LLC's sole member is KKR Upstream Associates LLC, a Delaware limited liability company. The two controlling members of KKR Upstream Associates LLC are KKR Group Assets Holdings III L.P., a Delaware partnership, and KKR Financial Holdings LLC, a Delaware limited liability company. KKR Group Assets Holdings III L.P.'s general partner is KKR Group Assets III GP LLC, a Delaware limited liability company. KKR Group Assets III GP LLC's sole member is KKR Group Partnership L.P., a Cayman Islands exempted limited partnership. KKR Financial Holdings LLC's sole member is also KKR Group Partnership L.P., a Cayman Islands exempted limited partnership. KKR Group Partnership L.P.'s general partner is KKR Group Holdings Corp., a Delaware corporation.

12. PT Independence Energy Holdings LLC's member, Liberty Energy Holdings, LLC, a Delaware limited liability company, has the sole right to vote or dispose of the Crescent Energy OpCo LLC Units held by PT Independence Energy Holdings LLC. Therefore, Liberty Energy Holdings, LLC is deemed to have beneficial ownership of the Crescent Energy OpCo LLC Units.

13. Therefore, Contango is not a citizen or resident of South Carolina.

14. The parties to this action are, therefore, citizens and residents of different states and meet the diversity of citizenship requirements set forth in 28 U.S.C. § 1332(a)(1).

15. In his Complaint, Plaintiff seeks monetary damages for underpayment of oil and gas royalties in the sum of at least $116,133.00, monetary damages for late delivery of reports of

royalty payment information in the sum of at least $189,000.000, additional interest under the Wyoming Royalty Payment Act, and exemplary damages. *See* Ex. A, Complaint. In sum, the amount of damages sought by Plaintiff are in excess of $75,000.00, thus, the amount in controversy exceeds the minimal jurisdictional requirement set forth in 28 U.S.C. § 1332(a). *See also* 28 U.S.C. § 1446(c)(2) ("If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a) [28 USCS § 1332(a)], the sum demanded in good faith in the initial pleading shall be deemed the amount in controversy[.]").

16. This action is a civil action which may be removed by Contango to the United States District Court for Wyoming pursuant to 28 U.S.C. §§ 1332 and 1441 because it is a civil action brought in a state court in which such United States District Court has original jurisdiction.

17. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of Wyoming is the federal judicial district embracing the Ninth Judicial District Court of the State of Wyoming where the state court action was originally filed and where the acts giving rise to Plaintiff's claims took place.

18. Pursuant to 28 U.S.C. § 1446(d) and U.S.D.C.L.R. 81.1, Contango will immediately file a copy of this Notice of Removal with the Clerk of the Ninth Judicial District Court, Fremont County, Wyoming, and provide written notice of the removal of this action by providing Plaintiff with a complete copy thereof.

19. Further, pursuant to U.S.D.C.L.R. Rule 81.1, Contango shall, within 14 days of the entry of the Order on Removal, file with the Clerk of this Court a copy of the entire state court record and proceedings, including a copy of the state court docket sheet.

20. By virtue of this Notice of Removal and the Notice filed in the District Court of

Fremont County County, Contango does not waive its rights to file any other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

THEREFORE, Contango hereby removes the action now pending in the District Court of the Ninth Judicial District, Fremont County, Wyoming, Civil Action No. 2025-CV-0044036, to the United States District Court for the District of Wyoming, which shall assume full jurisdiction over this action as provided by law. A proposed Order on Removal is submitted herewith.

Dated this 14th day of March, 2025.

/s/ Andrea N. Grave
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
ANGrave@hollandhart.com

ATTORNEYS FOR DEFENDANT
CONTANGO RESOURCES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I served the foregoing by placing a true and correct copy thereof in the United States mail, postage prepaid and properly addressed to the following:

>Richard T. Sonberg
>54 Freshwater Lane
>Hilton Head Island, SC 29928

<em>/s/ Andrea N. Grave</em>

34363141_v1