FILED

3:06 pm, 4/4/25

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| RICHARD T. SONBERG,<br><br>Plaintiff,<br><br>VS.<br><br>CONTANGO RESOURCES, LLC,<br><br>Defendant, | Case No. 25-CV-75-ABJ |

---

### ORDER OF DISMISSAL

THIS MATTER comes before the Court upon Plaintiff's Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal.

IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice.

Dated this 4TH day of April, 2025.

*Alan B. Johnson*
Alan B. Johnson
United States District Judge